# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **QUALIQODE, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:14-CV-00813-JRG |
| | § | |
| **IGRAFX, LLC,** | § | |
| Defendant. | § | |

## IGRAFX, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant / Counter Plaintiff, iGrafx, LLC ("iGrafx), files this disclosure statement with the clerk of the court as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. iGrafx is a Delaware limited liability company with its principal place of business in Tualatin, Oregon.

2. iGrafx has no parent corporation, and no publicly held company owns ten percent or more of iGrafx's stock.

Dated: October 9, 2014					Respectfully submitted,

					**TAYLOR DUNHAM AND RODRIGUEZ LLP**
					301 Congress Ave., Suite 1050
					Austin, Texas 78701
					512.473.2257 Telephone
					512.478.4409 Facsimile

					By:	/s/ David E. Dunham
						David E. Dunham
						State Bar No. 06227700
						Email: ddunham@taylordunham.com
						Cabrach J. Connor
						State Bar No. 24036390
						Email: cconnor@taylordunham.com
						Isabelle M. Antongiorgi
						Texas Bar No. 24059386
						Email: iantongiorgi@taylordunham.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 9, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| Scott E. Stevens | Darrell G. Dotson |
| Email: scott@stevenshenry.com | Email: darrell@dotsonlawfirm.com |
| Todd Y. Brandt | THE DOTSON LAW FIRM |
| Email: todd@stevenshenry.com | 222 N. Fredonia St. |
| David P. Henry | Longview, Texas 75601 |
| Email: david@stevenshenry.com | 903.212.3113 (Phone) |
| STEVENS | HENRY | 903.757.2387 (Fax) |
| 222 N. Fredonia St. | |
| Longview, Texas 75601 | |
| 903.753.6760 (Phone) | |
| 903.757.6761 (Fax) | |

*COUNSEL FOR PLAINTIFF QUALIQODE, LLC*

                                                     /s/ David E. Dunham
                                                   David E. Dunham